Davis *v.* Howell.

WILLIAM M. DAVIS, assignee, appellant,

*v.*

JOSEPH HOWELL, assignee, respondent.

*Mr. John F. Dumont,* for appellant.

*Mr. J. G. Shipman,* for respondent.

PER CURIAM.

This decree unanimously affirmed, for reasons given by the chancellor in the case below.    *6 Stew. Eq. 72.*

EZEKIEL J. TUCKER, executor, appellant,

*v.*

UZAL A. TUCKER, respondent.

*Mr. E. Q. Keasbey,* for appellant.

*Mr. Luther Shafer,* for respondent.

PER CURIAM.

This decree unanimously affirmed, for reasons given by the ordinary in the case below.    *6 Stew. Eq. 235.*